STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SAVALA,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant. | CV F 04-6500 DLB<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

Plaintiff Ramon Savala ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve his Opening Brief, pursuant to numbered paragraph 6 of the Court's November 2, 2004 Scheduling Order ("Order"), to July 5, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//
//

1

1 | The reason for the within stipulation is as follows:

2 | Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file his opening brief. This is plaintiff's first request for an extension.

DATED:   May 2, 2005    S/Stuart Barasch
STUART BARASCH, Attorney for
Plaintiff Ramon Savala

DATED:   May 2, 2005    McGREGOR W. SCOTT
United States Attorney

 S/Kimberly A. Gaab
KIMBERLY A. GAAB
Assistant United States Attorney
Attorneys for Federal Defendant
JO ANNE B. BARNHART, Commissioner of Social Security

IT IS SO ORDERED.

**Dated:   May 6, 2005**           /s/ Dennis L. Beck
3c0hj8                    UNITED STATES MAGISTRATE JUDGE

2